No. 97–1747. NORTH LAWRENCE COMMUNITY SCHOOL CORP. *v.* MARY M., PARENT AND NEXT FRIEND FOR DIANE M., A MINOR.

C. A. 7th Cir. Certiorari denied.